IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

COLUMBIA BASIN STORAGES, INC., )
)
Plaintiff, )     TC-MD 160374R
)
v. )
)
UMATILLA COUNTY ASSESSOR )
and DEPARTMENT OF REVENUE, )
State of Oregon, )
)
Defendants. )     **FINAL DECISION OF DISMISSAL[1]**

This matter came before the court on Defendant's Motion to Dismiss filed January 9, 2017.  On February 16, 2017, Plaintiff's representative filed a letter stating that "[a]fter meeting with Mr. Paul Chalmers, a co-defendant in this case for appeal, I have made the decision to concur with the Department of Revenue's Motion to Dismiss."  On March 8, 2017, Defendant filed Department of Revenue's Response to Plaintiff's Motion to Withdraw Appeal, stating that Defendant "has no objection to [P]laintiff's motion to withdraw its appeal.  The Department does not seek costs and disbursements."  Upon consideration, the court dismisses Plaintiff's Complaint.  Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss is allowed. Plaintiff's Complaint is dismissed.

/ / /

/ / /

/ / /

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered March 17, 2017.  The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS FURTHER DECIDED that neither party is awarded costs and disbursements.

Dated this ____ day of April 2017.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on April 4, 2017.*